UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANNA STAFFORD and MINOR CHILD ASHER**, | Civil Case No. 3:14-cv-00484-KI |
| Plaintiffs, | JUDGMENT |
| v. | |
| **ADAM JEREMY HEIFETZ,** | |
| Defendant. | |

Anna Stafford
2715 Jill Place
Port Hueneme, CA 93041

 Pro Se Plaintiff

KING, Judge:

 Based on the record, this case is dismissed with prejudice.

 IT IS SO ORDERED.

 DATED this  7th  day of April, 2014.

       /s/ Garr M. King
       GARR M. KING
       United States District Court Judge

Page 1 - JUDGMENT